Take your motion.

### Anonymous.

THE application was for a rule ordering a justice to return certain parts of the conduct of the jury which it was said amounted to misbehaviour.

*Per Curiam.* The justice is not answerable for this, nor was it a matter before him. We cannot order him to return that, over which he had no judicial controul, and which was never submitted to him.

### Radcliff and Davis v. the Marine Insurance Company.

THESE points were ruled : 1st. A judge may grant and annul his own order to stay proceedings on a case made as well in term as in vacation, and this, though a rule for judgment be entered, the decision in *Shepherd* ads. *Case, ante,* p. 94, applying to judgments perfected. 2d. If a judge has granted an order to stay proceedings on a case made, on account of an improper *item* allowed by a jury, and he declare this to have been his only reason, the court may, on such *item* being relinquished, vacate the order.